UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENIO JUAREZ LEON and JUVENAL JUAREZ, individually and on behalf of others similarly situated,<br><br>                              Plaintiff(s),<br><br>         -against-<br><br>HARLEM CHICKEN LLC d/b/a CHIRPING CHICKEN, et al.,<br><br>                              Defendant(s). | 1:22-cv-05008 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The initial pretrial conference previously scheduled for March 16, 2023 was adjourned by Order dated September 19, 2022. ECF No. 11. The Court referred this case to mediation on October 5, 2022. ECF No. 18. Accordingly, the deadline to submit a joint letter and proposed case management by March 9, 2023 (*see* ECF No. 9) is hereby adjourned. The parties shall submit a status letter to the Court within 10 days of the completion of mediation.

Dated: October 6, 2022
         New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge