# CSM Legal, P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2020  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

January 13, 2023

BY ECF  
Honorable Gabriel W. Gorenstein  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

MEMORANDUM ENDORSED

Re: Juarez Leon et al v. Harlem Chicken LLC et al;  
1:22-cv-05008-JLR

Your Honor:

This firm represents Plaintiff in the above-referenced matter. We write jointly with Defendants' counsel to respectfully request an extension of time to file our joint status letter pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), currently due on January 13, 2023. This is our first request for an extension of this deadline.

As the agreement is not yet finalized, we respectfully request an additional two weeks to finalize the settlement and file Cheeks submissions, extending the current deadline to January 25, 2023.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/Frank Palermo, Esq.  
CSM Legal, P.C.  
*Attorneys for Plaintiffs*

Extension to January 25, 2023 granted. Separately, the Court notes that the parties have not complied with the deadline contained in Docket # 24. The Court sua sponte extends the deadline for the filing required by Docket # 24 to January 25, 2023.

So Ordered.

_____  
GABRIEL W. GORENSTEIN  
United States Magistrate Judge  
January 17, 2023