UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EUGENIO JUAREZ LEON and JUVENAL
JUAREZ, *individually and on behalf of others
similarly situated*,

                           *Plaintiffs*,

      -against-

HARLEM CHICKEN LLC (D/B/A CHIRPING
CHICKEN), THEOS CHICKEN CORP. (D/B/A
CHIRPING CHICKEN), and MICHALIS
KOKKINOS,

                           *Defendants.*

1:22-cv-05008

**JUDGMENT**

-----------------------------------------------------------X

      On January 18, 2023, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      **NOW**, it is hereby **ORDERED**, **ADJUDGED AND DECREED** as follows:

      That the Plaintiffs, EUGENIO JUAREZ LEON and JUVENAL JUAREZ, have judgment against HARLEM CHICKEN LLC (D/B/A CHIRPING CHICKEN), THEOS CHICKEN CORP. (D/B/A CHIRPING CHICKEN), and MICHALIS KOKKINOS, jointly and severally, in the amount of Thirty-Six Thousand Dollars and No Cents ($36,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

                                                  _____
                                                  Judge Jennifer L. Rochon
                                                  UNITED STATES DISTRICT JUDGE