UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EUGENIO JUAREZ LEON and JUVENAL
JUAREZ, *individually and on behalf of others
similarly situated,*

                            *Plaintiffs*,

        -against-

HARLEM CHICKEN LLC (D/B/A CHIRPING
CHICKEN), THEOS CHICKEN CORP. (D/B/A
CHIRPING CHICKEN), and MICHALIS
KOKKINOS,

                            *Defendants.*
-----------------------------------------------------------X

1:22-cv-05008

**JUDGMENT**

      On January 18, 2023, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      **NOW**, it is hereby **ORDERED**, **ADJUDGED AND DECREED** as follows:

      That the Plaintiffs, EUGENIO JUAREZ LEON and JUVENAL JUAREZ, have judgment against HARLEM CHICKEN LLC (D/B/A CHIRPING CHICKEN), THEOS CHICKEN CORP. (D/B/A CHIRPING CHICKEN), and MICHALIS KOKKINOS, jointly and severally, in the amount of Thirty-Six Thousand Dollars and No Cents ($36,000.00), which is inclusive of attorneys' fees and costs.

Dated:  January 19, 2023

                                                    _____
                                                    Judge Jennifer L. Rochon
                                                    UNITED STATES DISTRICT JUDGE